IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MARCUS J. HALL, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 3:08-CV-35 (CDL) |
| Sheriff IRA EDWARDS, et al., | * |
| Defendants. | * |

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on May 22, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 15th day of July, 2008.

                                              S/Clay D. Land
                                                    CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE