```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                    ATHENS DIVISION
```

MARCUS J. HALL,                       *

     Plaintiff             *

vs.                                   *
                                          CASE NO. 3:08-CV-35 (CDL)
Sheriff IRA EDWARDS, JR.,             *
Deputy C. TERRELL, et al.,
                            *

     Defendants
                            *

## ORDER ON RECOMMENDATION

    This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge entered on May 22, 2009. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

    IT IS SO ORDERED, this 23rd day of June, 2009.

                                                          S/Clay D. Land
                                                             CLAY D. LAND
                                                    UNITED STATES DISTRICT JUDGE